IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BRUD ROSSMANN,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:15-CV-3804-L** |
| | § | |
| **RONALD H. PEELE, JR.,** | § | |
| | § | |
| Defendant. | § | |

# ORDER

This case was referred to Magistrate Judge Paul D. Stickney for pretrial management, and he entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on January 19, 2016, recommending that the court dismiss without prejudice for failure to prosecute or failure to comply a court order. No objections to the Report were filed.

Having reviewed the file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. On November 25, 2015, Plaintiff filed his motion to proceed *in forma pauperis*. On December 1, 2015, Plaintiff was sent a financial affidavit seeking information regarding the motion. The order stated that failure to return the affidavit within thirty days could result in a recommendation that the case be dismissed. More that thirty days have passed, and Plaintiff has not returned the affidavit. Accordingly, the court *sua sponte* **dismisses without prejudice** Plaintiff's action for want of prosecution and failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).

**It is so ordered** this 25th day of February, 2016.

_____
Sam A. Lindsay
United States District Judge

**Order – Page 2**